IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR 06 15S
)
v. ) Cr. No.
) In violation of 18 U.S.C. § 111
RICHARD PAIVA, JR. )

INDICTMENT

On or about August 16, 2005, in the District of Rhode Island, the defendant, RICHARD PAIVA, JR., knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with Robert Charette, United States Deputy Marshal, while he was engaged in and on account of the performance of his official duties, in violation of 18 U.S.C. § 111.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

GERARD B. SULLIVAN
Assistant U.S. Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

2/1/06
DATE