843444

RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FEB 01 2006

## *District of Rhode Island*

US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA

V.

RICHARD PAIVA, JR.

## WARRANT FOR ARREST

CASE NUMBER: CR 06-15

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD PAIVA, JR.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Assault on Federal Law Enforcement Officer

in violation of
Title 18 United States Code, Section(s) 111

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

February 1, 2006, Providence, RI
Date and Location

Bail fixed at
$ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Centrall Falls, RI by USMS | | |
| DATE RECEIVED 02/01/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 02/08/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.