UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR: 06-15S

RICHARD PAIVA

**MOTION TO ENLARGE THE TIME TO FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER**

**NOW** comes the Defendant, RICHARD PAIVA, and moves that the court enter an order extending the time for preparation and filing of Pretrial Motions in the within matter for an additional period of twenty (20) days. The reason for this request is Counsel requires additional time to discuss the case fully with the defendant and to advise defendant.

Defendant avers that the interest of justice would be served by allowing additional time for counsel to understand and investigate the facts and circumstances more fully in order to adequately represent the defendant.

Currently, counsel requires an additional twenty (20) days up to and including April 9, 2006 to review discovery, investigate and prepare any necessary motions. Such continuance should therefore be excludable for speedy trial calculation. As a consequence of the foregoing request Counsel necessarily moves that the within matter be removed from the current Trial Calendar call, the empanelment and that the Pretrial Scheduling Order be vacated at this time and that the matter be reassigned.

Respectfully submitted,
Defendant, Richard Paiva
By his attorney,

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 20th day of March 2006, I forwarded a copy of the within Motion to Stephanie S. Browne, Esq., Assistant United States Attorney, U. S. Department of Justice, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903.