**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-15S

RICHARD PAIVA

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Richard Paiva, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. Counsel now seeks to obtain records in support of a sentencing issue raised in the pre-sentence report. Defendant seeks additional time to supply counsel with health care records which may be important to the Court regarding guidline calculation and §3553 considerations. Counsel requires additional time on or after September 18, 2006 for sentencing. Counsel similarly seeks that the sentencing hearing previously set be vacated.

Richard Paiva
By his attorney,

____/s/George J. West__
George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I hereby certify that on this 4th day of August 2006, I forwarded a copy of the within Motion to Stephanie S. Browne, Esq., Assistant United States Attorney, U. S. Department of Justice, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903.@ stephanie.browne@usdoj.gov paula.horsey@usdoj.gov;karen.miszkiewicz@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov via the USDC CM/ECF.

_/s/George J. West