IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-015S |
| | ) | |
| RICHARD PAIVA, JR. | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO ENLARGE TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the defendant's Motion to Enlarge Time for Filing Objections to Presentence Report and/or Sentencing Memorandum and to Reassign Sentencing.

The government does not object to the defendant's request for an enlargement of time for the sentencing until after September 18, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 4th day of August, 2006, I caused to be served a true copy of the Government's Response to Defendant's Motion to Enlarge Time by Notice of Electronic Filing, to: George J. West at email address Georgew180@aol.com via the USDC CM/ECF.

_/s/ Stephanie S. Browne