**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-15S

RICHARD PAIVA

# MOTION TO ENLARGE TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT AND/OR SENTENCING MEMORANDUM AND TO REASSIGN SENTENCING

Now comes Richard Paiva, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. Counsel continues to seek to obtain records in support of a sentencing issue raised in the pre-sentence report. Defendant seeks additional time to supply counsel with health care records which may be important to the Court regarding guidline calculation and §3553 considerations. Counsel requires additional time on or after October 30, 2006 for sentencing. Counsel similarly seeks that the sentencing hearing previously set be vacated.

Richard Paiva
By his attorney,

/s/ George J. West
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax
Email: GEORGEW180@aol.com

CERTIFICATE

I hereby certify that I caused the filing of the above-entitled Motion to Enlarge Time through the United States District Court for the District of Rhode Island's ECF System be forwarded to Stephanie S. Browne, Esq., A.U.S.A. at stephanie.brown@usdoj.gov on September 18, 2006.

/s/ George J. West