IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-15S |
| | ) | |
| RICHARD PAIVA | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO ENLARGE TIME
FOR FILING OBJECTIONS TO PRESENTENCE REPORT
AND/OR SENTENCING MEMORANDUM
AND TO REASSIGN SENTENCING

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Defendant's Motion to Enlarge Time For Filing Objections to Presentence Report and/or Sentencing Memorandum and to Reassign Sentencing as follows.

The government does not object to the defendant's motion for

an enlargement of time for filing objections to presentence report and/or sentencing memorandum and to reassign sentencing.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/Stephanie S. Browne
Stephanie S. Browne
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001 (Fax)
email:stepahine.browne@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of September, 2006, I caused the within Response To Defendant's Motion To Enlarge Time For Filing Objections To Presentence Report and/or Sentencing Memorandum And To Reassign Sentencing to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903-2215

/s/Stephanie S. Browne
Stephanie S. Browne
Assistant U.S. Attoreny