**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-15S

RICHARD PAIVA

**MOTION FOR REVIEW OF BAIL-PENDING SENTENCING**

Now comes the defendant, Richard Paiva, and moves that the court will admit the defendant to bail pending sentencing in the matter on January 5, 2007.

The reason for this request is that the defendant has completed his sentence in United States v. Richard Paiva, Case No. 96-00081L, and is now held solely pending sentencing in this matter. The defendant seeks bail pending sentencing and an opportunity to preserve his argument that the court take into account the time he served on the violation matter which was predicated upon the same conduct which forms the basis for the instant matter. In addition, defendant would seek to preserve the right should bail be granted, to surrender himself to the facility designated by the Bureau of Prisons in the event of a sentence requiring time to serve.

Defendant respectfully seeks an expedited hearing on this matter.

Richard Paiva
By his attorney,

/s/ George J. West
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax
Email: GEORGEW180@aol.com

CERTIFICATE

I hereby certify that I caused the filing of the above-entitled Motion for Review of Bail-Pending Sentencing through the United States District Court for the District of Rhode Island's ECF System be forwarded to Stephanie S. Browne, Esq., A.U.S.A. at stephanie.brown@usdoj.gov on December 12, 2006.

/s/ George J. West