# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

RICHARD PAIVA, JR.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-00015-S

TO: Robert Marshall, LICSW, Gateway Healthcare, Inc., 249 Roosevelt Avenue Pawtucket, RI 02906 101. BACON ST.

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>Kennedy Plaza<br>Providence,RI | 2 |
| | DATE AND TIME<br>1/5/07 @ 2:00p.m. |

[x] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

any and all records pertaining to recommendations for psychiatric evaluation and medication for the defendant in connection with his treatment while on supervised release.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] | 1/8/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

George J. West, Esq., One Turks Head Place, Ste. 312, Providence, RI 02903
401-861-9042

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

FILED

2007 JAN -8 A 9:11

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 1/4/07 | USMS D/RI |
| SERVED | | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __________ *Date* __________ *Signature of Server*

__________ *Address of Server*

ADDITIONAL INFORMATION

1/4/07 DOES NOT WORK AT 249 ROOSEVELT ST 1630 HRS C. MOORE

1/5/07 08:15AM DOESN'T WORK FRIDAYS C. MOORE

Returned unexecuted