AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: CR 06-15 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Richard Paiva

I certify that I am admitted to practice in this court.

1/17/07
Date

[signature]
Signature

George J. West #5052
Print Name Bar Number

10 WEYBOSSET STREET One Turks Head Place #312
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number