**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-CR-000015-01S

RICHARD PAIVA

**MOTION TO ENLARGE TIME**
**FOR CONDUCT OF THE VIOLATION HEARING**

Now comes Richard Paiva, by and through his appointed counsel, and seeks an enlargement of time for the conduct of the violation hearing scheduled in this matter. Counsel has been engaged in a Jury Trial over the course of the last 4 days in the matter of U.S. v. Mejia 07-0005S which has fully occupied his time. Counsel has only today reviewed a recently prepared Revised Supervised Release Violation Report which he must review with Mr. Paiva. It is respectfully requested this matter be continued one week to February 11, 2008.

Richard Paiva
By his attorney,

/s/ George J. West
George J. West, Esq., #3052
One Turks Head Place, Suite 312

Providence, RI 02903-2215
401-861-9042
401-861-0330 fax
Email: GEORGEW180@aol.com

CERTIFICATE

I hereby certify that I caused the filing of the above-entitled Motion to Enlarge Time through the United States District Court for the District of Rhode Island's ECF System be forwarded to Stephen Dambruch, Esq., A.U.S.A. at stephen.dambruch@usdoj.gov,usari-ecf@usdoj.gov,paulette.gamache@usdoj.gov,kellyann.anderson@usdoj.gov, karen.miszkiewicz@usdoj.gov on September 18, 2006.

/s/ George J. West