**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-CR-000015-01S

RICHARD PAIVA

# MOTION TO WITHDRAW

Now comes Richard Paiva, by and through his appointed counsel, and seeks an order allowing his attorney, George J. West, Esq. to withdraw from this matter. In support of this motion defendant relies upon his memorandum of law.

Richard Paiva
By his attorney,

/s/ George J. West
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax
Email: GEORGEW180@aol.com

CERTIFICATE

I hereby certify that I caused the filing of the above-entitled Motion to Enlarge Time through the United States District Court for the District of Rhode Island's ECF System be forwarded to Stephen Dambruch, Esq., A.U.S.A. at stephen.dambruch@usdoj.gov,usari-ecf@usdoj.gov,paulette.gamache@usdoj.gov,kellyann.anderson@usdoj.gov, karen.miszkiewicz@usdoj.gov on February 8, 2008.

**/s/ George J. West**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-CR-000015-01S

RICHARD PAIVA

**Memorandum of Law in support of Defendant's Counsel's MOTION TO WITHDRAW**

Now comes Richard Paiva, by and through his appointed counsel, and has filed a motion which seeks an order allowing his attorney, George J. West, Esq., his court appointed attorney to withdraw from this matter. In support of this motion counsel submits that he has beeen advised by the defendant that counsel will be called as a witness in defense of the pending violation. RI Sup. Ct. Art. V, Rule 3.7 provides:

Rule 3.7. Lawyer as witness.

(a) A lawyer shall not act as advocate at a trial in which the lawyer is likely to be a necessary witness unless: (1) the testimony relates to an uncontested issue;. (2) the testimony relates to the nature and value of legal services rendered in the case; or. (3) disqualification of the lawyer would work substantial hardship on the client.

(b) A lawyer may act as advocate in a trial in which another lawyer in the lawyer's firm is likely to be called as a witness unless precluded from doing so by Rule 1.7 or Rule 1.9.

In as much has identified his attorney as a fact witness, in a contested violation proceeding, counsel seeks that he be allowed to withdraw pursuant to Rule 3.7.

Richard Paiva
By his attorney,

/s/ George J. West
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax
Email: GEORGEW180@aol.com

CERTIFICATE

I hereby certify that I caused the filing of the above-entitled Motion to Enlarge Time through the United States District Court for the District of Rhode Island's ECF System be forwarded to Stephen Dambruch, Esq., A.U.S.A. at stephen.dambruch@usdoj.gov,usari-ecf@usdoj.gov,paulette.gamache@usdoj.gov,kellyann.anderson@usdoj.gov, karen.miszkiewicz@usdoj.gov on February 8, 2008.

/s/ George J. West