**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-15S

RICHARD PAIVA

**MOTION TO ENLARGE TIME**
**FOR CONDUCT OF VIOLATION HEARING**

Now comes the defendant and moves that the court enter an order enlarging the time within which to conduct the violation hearing on the pending violations of probation. Counsel for Defendant makes this request to allow for additional time for the defendant to seek appointment of new counsel in this matter. Defedant's motion by his current counsel to withdraw is pending.

Richard Paiva
By his attorney,
/s/George J. West

___________________________________

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I hereby certify that on this _2_/8/2008___, I forwarded a copy of the within Motion to forwarded to Stephen Dambruch, Esq., A.U.S.A. at stephen.dambruch@usdoj.gov,usari-

ecf@usdoj.gov,paulette.gamache@usdoj.gov,kellyann.anderson@usdoj.gov, karen.miszkiewicz@usdoj.gov on February 8, 2008.

.

_/s/_George J. West
________________________