**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 06-15S

RICHARD PAIVA

## MOTION FOR REVIEW OF DETENTION ORDER AND ISSUE OF BAIL-PENDING VIOLATION HEARING BEFORE A UNITED STATES DISTRICT JUDGE

Now comes the defendant, Richard Paiva, and moves that the court will review and reverse the order of Magistrate Judge Martin denying him bail pending his violation proceeding. The defendant seeks and order admitting the defendant to bail as he has been accused of a grade C violation, has committed no new behavior proscribed by either federal or state law and voluntarily surrendered to appear as requested in the instant procedure.

Defendant respectfully seeks an expedited hearing on this matter following requested appointment of new counsel. Defendant's current counsel filed this motion at defedant's request to assure the matter will be before the honorable court for consideration.

Richard Paiva
By his attorney,

/s/ George J. West
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax
Email: GEORGEW180@aol.com

CERTIFICATE

I hereby certify that I caused the filing of the above-entitled Motion for Review of Bail-Pending Sentencing through the United States District Court for the District of Rhode Island's ECF System be forwarded to forwarded to Stephen Dambruch, Esq., A.U.S.A. at stephen.dambruch@usdoj.gov,usari-ecf@usdoj.gov,paulette.gamache@usdoj.gov,kellyann.anderson@usdoj.gov, karen.miszkiewicz@usdoj.gov on February 8, 2008.

/s/ George J. West