**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR 06-00015S**

**RICHARD PAIVA, JR.**

**MOTION TO RECUSE**

Now comes the defendant, by and through counsel, and respectfully moves this Honorable Court to recuse himself from further proceedings in this matter, as well as all magistrate judges and district judges who presently sit in the District of Rhode Island. Defendant asserts he has been the subject of a lengthy prior violation hearing regarding an assault on a United States Marshal from this District, and believes that he will not have an impartial tribunal in connection with the current violation being robustly pursued by U.S. Probation. Defendant specifically cites to a finding by the Magistrate Judge that he found the current violation deeply troubling. This finding or statement occurred during the detention hearing. Counsel has submitted a motion to withdraw on other grounds, that is pending, and submits this motion at defendant's request.

By his attorney,

/s/ George J. West

George J. West. Esq. #3052
One Turks Head Place Ste. #312
Providence, RI 02903
Tel. 401-861-9042
Fax. 401-861-0330

Certificate

I hereby certify that I mailed a copy of the foregoing to forwarded to Stephen Dambruch, Esq., A.U.S.A. at stephen.dambruch@usdoj.gov,usari-ecf@usdoj.gov,paulette.gamache@usdoj.gov,kellyann.anderson@usdoj.gov,karen.miszkiewicz@usdoj.gov on February 8, 2008.

/s/ George J. West