**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-015S** |
| | : | |
| **RICHARD PAIVA** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTIONS TO WITHDRAW AND EXTEND TIME**

Now comes the United States of America by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, hereby responds to the Defendant's Motion to Withdraw and motion to Extend Time for the Conduct of Violation Hearing as follows:

Facts and Travel

On January 16, 2008, United States Probation Officer David A. Picozzi filed a Petition for Warrant for Offender Under Supervision requesting that this Court issue a warrant based upon the defendant's failure to comply with the terms and conditions of his supervised release. Specifically, Probation Officer Picozzi alleged that the defendant had left the District of Rhode Island and traveled to the State of Florida without the prior approval of the Court or the United States Probation Office. The Court granted Mr. Picozzi's request and issued a warrant for the defendant.

On January 17, 2008, the defendant surrendered on the warrant and appeared before Magistrate Judge Martin. After being advised by the Court about the nature and substance of the alleged violation of his supervised release, the defendant denied the allegation and requested a hearing. Magistrate Judge Martin then scheduled that hearing for Monday, February 4, 2008. At the request of the defendant, the Court subsequently continued that hearing to Monday, February 11, 2008.

The defense has now filed two motions. The first seeks permission for defendant's attorney to withdraw from the case and the second, apparently anticipating the granting of the first, requests an additional continuance to allow the defendant to obtain new counsel. The grounds for the withdrawal are that defendant's current attorney will be called as a witness during the defendant's violation hearing.

Argument

In support of the motion to withdraw, the defendant asserts that his attorney, George West, Esquire, will be called as a witness for the defense in the pending violation proceeding. The defendant does not, however, attempt to explain how Mr. West could possibly be a necessary and material witness in this matter, which involves only one disputed issue, that is, whether the defendant left the District of Rhode Island without

permission. In fact, it seems highly unlikely, if not impossible, that Mr, West could personally offer any testimony or evidence that is relevant to that single issue. There has been no indication that Mr. West had any communication with the defendant on any relevant issue in advance of or during defendant's impermissible absence from the District, nor is there any suggestion that Mr. West has any personal first hand knowledge about the defendant's whereabouts during the period in question.

Conclusion

In conclusion, the United States respectfully requests that this Honorable Court deny both Defendant's Motion to Withdraw and Defendant's Motion to Extend and allow this matter to proceed to a violation hearing on Monday, February 11, 2008.

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

Certificate of Service

I hereby certify that on this the 11th day of February, 2008, a copy of the within Government's Response was served by way of the Electronic Case Filing system upon George West, Esquire, One Turks Head Place, Providence, RI 02903 (GEORGEW180@aol.com).

/s/ Stephen G. Dambruch
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov