UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. C.R. 06-15S

RICHARD PAIVA, JR.

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated April 21, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B) and 18 United States Code § 3401(i). The Defendant shall continue with his original term of three years supervised release with special conditions imposed on January 11, 2007.

BY ORDER:

WSmith

William E. Smith
United States District Judge
May 12, 2008

Entered as an Order of this Court on May , 2008

Wendy Smith
Deputy Clerk